LODGED
CLERK, U.S. DISTRICT COURT

JUN – 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY CAVE                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Avmar Sinou Riad et al.,

Plaintiff,

vs.

U.S. Citizenship and Immigration Services, et al.,

Defendant(s).

Case No.: 8:26-CV-00138-MRA-KES

(PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION

Having considered ___Plaintiff___'s Request,
(indicate Plaintiff or Defendant )

IT IS HEREBY ORDERED that the Request for Extension of Time is GRANTED. ___Plaintiff___ has ___ days from the date
(indicate Plaintiff or Defendant)   (# of days)

of this order to file ___Completion__ of Sevci Service of Summons and Complaint and Proof of Service.

**Plaintiff must file a Proof of Service of Summons & Complaint no later than <u>August 3, 2026</u>.**

DATED:  June 9, 2026            Signed: _eufrica R. Al___

Hon. / Hon. Mónica Ramírez Almadani
(insert Judge's name)

Revised: October 2023
Form Prepared by Public Counsel
© 2011-2023 Public Counsel. All
Rights Reserved

1
(Proposed) Order